No. 22-10675

# United States Court of Appeals
## for the
# Eleventh Circuit

---

PDVSA US LITIGATION TRUST,
*Plaintiff-Appellant,*

PETROLEOS DE VENEZUELA, S.A.,
*Movant-Appellant,*

– v. –

LUKOIL PAN AMERICAS, LLC, LUKOIL PETROLEUM, LTD.,
COLONIAL OIL INDUSTRIES, INC., COLONIAL GROUP, INC.,
GLENCORE, LTD., *et al.*,
*Defendants-Appellees.*

---

## MOTION FOR LEAVE OF COURT TO BRING ELECTRONIC DEVICES FOR USE AT ORAL ARGUMENT

---

WILLIAM A. BURCK
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8000
*Counsel for Appellees Trafigura Trading, LLC and Jose Larocca*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, Counsel for Appellees hereby certify that the following persons have or may have an interest in the outcome of this case or appeal:

Akin Gump Strauss Hauer & Feld LLP
Algamex Limited
Alvarez, Luis
Andrews, Vincent
BAC Florida Bank
Baquero, Leonardo
Barrett, David A.
Birenboim, Bruce
Blue Bank International N.V.
Boies Schiller Flexner LLP
Boies, Alexander
Boies, David
Breur, George Thomas
Briz, Brian A.
Brockman, Ellen
Bunting, Kristina A.
Burck, William A.
Burkoff, David M.
Canamero, Rebecca Jo
Cardenas, Maria Cristina
Carey, Jessica S.
Carlton Fields, P.A.
Carpinello, George F.
Clarke Silverglate, P.A.
Colonial Group, Inc.
Colonial Oil Industries, Inc.
De la Vega, Sergio
Duker, William F.
Duker, William West
EFG International A.G.
Encinosa, Israel Jovanny

Espinosa, Mikayla Kiersten
Fowler White Burnett P.A.
Gabaldon, Gustavo
Galis, Allan C.
Ganwer, Jason E.
Gayles, Darrin P., District Court Judge
Gelber Schachter & Greenberg, P.A.
Gervais, Michael
Glass, Ethan
Glencore de Venezuela, C.A.
Glencore International
Glencore Ltd
Glencore plc
Godelheim, Inc.
Gonzalez, Alex M.
Gravante Jr., Nicholas A.
Greenberg, Gerald Edward
Grillo, Lara O'Donnell
Gruhn, Clifton Richard
Gunster, Yoakley & Stewart, P.A.
Guttman, Jorge David
Hauss, Stephen
Hayden, Donald John
Helsinge Holdings, LLC
Helsinge, Inc.
Holland & Knight LLP
Hornberg Inc.
Hudes, Adam L.
Hunter, Maclean, Exley & Dunn, P.C.
Jehu Holdings, Inc.
Jorden Burt LLP
Josefsberg, Robert C.
Kaplan, Alexander L.
Karp, Brad S.
Kelso, Michael
Konski, Luis S.
Kully, David
Kunstler, Marilyn

Larocca, Jose
Lee, Stephen H.
Lennon Jr., Michael P.
Liendo, Luis
LITASCO, S.A.
Lukoil Pan Americas LLC
Lukoil Petroleum Ltd
Lutz, Daniel
Maarraoui, Antonio
MacDougall, Mark J.
Maher, Helen M.
Manne, Neal S.
Mark Migdal & Hayden
Mark, Ethan
Masefield A.G.
Mayer Brown LLP
McLish, Thomas P.
Medlock, Stephen M.
Meneguin Layerenza, Melina M.
Mitchell, Stacey H.
Monroe, Teresa A.
Morillo, Francisco
Mullins, Edward Maurice
O'Black, Weston
O'Connor, Catherine A.
Olivos, Christina
Otazo-Reyes, Alicia M., Magistrate Judge
Paez, Campos Elias
Paterno, Lide E.
Pathman, Kimberly Ann
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
PDVSA US Litigation Trust
Petróleos de Venezuela, S.A. (PDVSA)
Pillsbury Winthrop Shaw Pittman
PJSC Lukoil
Podhurst Orseck, P.A.
Porter Hedges LLP
Poveda, Maximiliano

Purdy, Lauren V.
Quinn Emanuel Urquhart & Sullivan, LLP
Reed Smith LLP
Reid, Benjamin
Rivero Mestre LLP
Rivero, Andres
Rodriguez, Maria Fernando
Rojas, Alejandro
Rosado, Paul
Rosenthal, Stephen Frederick
Ryan, John
Saint-Hélier
Sanchez, Dayme
Schachter, Adam Michael
Shaw, Adam R.
Shelly, Jeffrey
Silverglate, Spencer Hal
Smith, Brad
Doberan, S.A.
Societe Hedisson, S.A.
Societe Hellin, S.A.
Sox, Daniel Alvarez
Summers, Andrew
Susman Godfrey, LLP
Swyer, Edward
The Brennan Group
Tovar, Ana
Trafigura A.G.
Trafigura Beheer B.V.
Trafigura Trading LLC
Vitol Energy (Bermuda) Ltd
Vitol S.A.
Vitol Holding II S.A.
Vitol Holding Sàrl
Vitol, Inc.
Vitol US Holding Company
Waltrop Consultants, C.A.
Wolfson, Adam B.
Zack, Steven N.

# MOTION FOR LEAVE OF COURT TO BRING ELECTRONIC DEVICES TO ORAL ARGUMENT

Appellees Trafigura Trading, LLC and Jose Larocca respectfully move this Court for an Order allowing one of their counsel, William A. Burck, to bring electronic devices into the Courtroom for the oral argument session on Thursday, March 2, 2023, and to use those devices as necessary during oral argument. Specifically, counsel requests the Court's permission to bring in the following items:

(1) Smartphone

(2) iPad

The appendices in this case are voluminous. Counsel therefore seeks leave to have electronic devices that would permit him to access a searchable electronic copy of the record and cited case law during argument.

Accordingly, counsel respectfully requests that the Court grant this motion and permit counsel to bring the above-referenced electronic devices into the Courtroom on March 2, 2023.

Respectfully submitted,

*s/William A. Burck*
WILLIAM A. BURCK
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8000
*Counsel for Appellees Trafigura Trading, LLC and Jose Larocca*

- 2 -

## **CERTIFICATE OF COMPLIANCE WITH TYPEFACE AND WORD-COUNT LIMITATIONS**

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 140 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word 2016 in 14-point Century Schoolbook font.

*s/William A. Burck*

## **CERTIFICATE OF SERVICE**

I, William A. Burck, certify that, on February 9, 2023, a copy of this brief was filed electronically through the appellate CM/ECF system and that a resulting electronic notice was sent to all counsel of record.

*s/William A. Burck*