**BSF | BOIES SCHILLER FLEXNER**

February 24, 2023

Honorable David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Re: *PDVSA US Litigation Trust, et al v. Lukoil Pan Americas LLC, et al*, Appeal No. 22-10675-X, District Court Docket No. 1:18-cv-20818-DPG

Dear Mr. Smith,

Pursuant to Federal Rule of Appellate Procedure 28(j) and Eleventh Circuit Rule 40-5, Appellants respectfully submit this letter concerning pertinent recent developments. We had intended to send this letter before we received the Court's Order of February 16, 2023, and believe that it presents developments that are also relevant to that Order.

In opposing PDVSA's motion below, Appellees claimed that PDVSA had no power to intervene because the Guaidó-created Board of PDVSA was the only board empowered to act. Opp. Br. at 55-63; ECF 735 at 4-8, Dkt. 1:18-cv-20818-DPG.

On December 30, 2022, the Venezuelan National Assembly, the opposition-controlled legislature, voted to terminate the interim government of Juan Guaidó and remove him as president, effective January 4, 2023.[1] The Venezuelan embassy in Washington, D.C., led by Guaidó officials, immediately suspended operations[2] and on February 6, the U.S. State Department took control of the Venezuelan embassy and official residences in D.C. and New

---

[1] Andreina Itriago Acosta, *Venezuela Opposition Ends Guaidó's Leadership in Final Vote*, BLOOMBERG (Dec. 30, 2022), https://www.bloomberg.com/news/articles/2022-12-30/venezuela-s-opposition-ends-guaido-s-leadership-in-final-vote; Isayen Herrera and Genevieve Glatsky, *Juan Guaidó Is Voted Out as Leader of Venezuela's Opposition*, N.Y. TIMES (Dec. 30, 2022), https://www.nytimes.com/2022/12/30/world/americas/venezuela-opposition-juan-guaido.html?smid=nytcore-ios-share&referringSource=articleShare.

[2] Christina Lu, *The World is Done Waiting for Guaidó*, FOREIGN POLICY (Jan. 17, 2023), https://foreignpolicy.com/2023/01/17/venezuela-us-guaido-maduro-oil-sanctions-energy/; *see also* Jennifer Hansler, *Venezuelan embassy run by opposition in US closes after Guaido ouster*, CNN (Jan. 6, 2023), https://www.cnn.com/2023/01/06/politics/venezuelan-opposition-embassy-us-closes/index.html.

York.³ As part of the December 30 resolution, the National Assembly authorized the appointment of a new *ad hoc* PDVSA board, but *only* for the purpose of voting PDVSA's interest in PDV Holding, a Delaware corporation that is the indirect owner of Citgo and other assets outside of Venezuela (*see* Exhibit A attached).

Given the rapidly changing nature of U.S. relations with Venezuela and the fact that these matters were not addressed by the District Court (*see* J.A. 531-35), we urge the Court to defer these matters for determination by the District Court upon remand, including requesting the views of the U.S. State Department.

Respectfully submitted,

/s/ *Marshall D. Louis*
Marshall D. Louis

Copy to: Counsel of record (via ECF)

---

³ Andreina Itriago Acosta & Ezra Fieser, *US Takes Custody of Venezuela Embassy in Wake of Guaidó Vote*, BLOOMBERG (FEB. 8, 2023), https://www.bloomberg.com/news/articles/2023-02-09/us-takes-custody-of-venezuela-embassy-in-wake-of-guaido-vote.